# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-10404
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 18, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JASON PAUL ROBERTS,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:12-CR-267-1

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Jason Paul Roberts raises issues that are foreclosed by *United States v. Schofield*, 802 F.3d 722 (5th Cir. 2015).  In *Schofield*, 802 F.3d at 729-31, we held that a violation of 18 U.S.C. § 1470 qualified as a sex offense for purposes of the Sex Offender Registration Notification Act (SORNA) and that SORNA's residual clause is not ambiguous

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-10404

or unconstitutionally vague.    Accordingly, Roberts's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.